# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOHNNY ALLEN JAMES,

    Petitioner,

v.                                                       **CASE NO. 1:06-cv-00231-MP-AK**

JAMES R. MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 4, Report and Recommendations of the Magistrate Judge.  In the report, the Magistrate recommends that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings.  The Magistrate Judge filed the Report and Recommendation on Tuesday, November 14, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

    The Court agrees with the Magistrate that under 28 U.S.C. § 2241(d), jurisdiction is appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and conviction, and not this district.  Therefore, having considered the Report and Recommendation and the lack of objections, I have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this   *19th* day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge